UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David Paschket, Todd Aldrich, Harriet McEntire, Amy Asherman, and Paddy Wood, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> Northwest Airlines Corp., Northwest Airlines, Inc., Delta Airlines, Inc., and Continental Airlines, Inc. <br><br> Defendants. | ) ) ) ) ) Civil Action No. 05cv1703-RCL ) ) ) ) ) ) ) ) ) |

**<u>AFFIDAVIT OF ROY A. KATRIEL RE: PROOF OF SERVICE OF SUMMONS AND COMPLAINTS ON DEFENDANTS</u>**

I, Roy A. Katriel, declare:

1. I am over the 18 years of age, and am an attorney at The Katriel Law Firm, located at 1101 30th Street, NW Suite 500 in Washington, DC. I am admitted to practice before this Court, and am counsel of record for the plaintiffs in the above-entitled action.

2. On August 26, 2005 I personally served a copy of the Summons and Complaint in this action on defendants Northwest Airlines Corporation, Northwest Airlines, Inc., and Continental Airlines, Inc. by leaving a separate copy of the Complaint and Summons for each separate defendant with their registered agent, CT Corporation, located at 1015 15th Street, NW Suite 1000, in Washington, DC 20005-2606.

3. On August 26, 2006, I personally served a copy of the Summons

and Complaint in this action on defendant Delta Airlines, Inc. by leaving a copy of said Summons and Complaint with Delta Airlines, Inc.'s registered agent, Corporation Service Co., located at 1090 Vermont Avenue, NW in Washington, DC 20005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on August 31, 2005 in Washington, District of Columbia.

_____
Roy A. Katriel

Sworn to before me this 31 day of August, 2005

_____
Notary Public

District of Columbia : SS
Subscribed and Sworn to before me, in my presence, this 31 day of August, 2005
_____
Notary Public, D.C.
My commission expires 8/04/09

Stephen Shuttlesworth
Notary Public, District of Columbia
My Commission Expires 2-14-2009