UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PASCHKET, *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> NORTHWEST AIRLINES CORP., *et al.*, <br> 2700 Lone Oak Parkway <br> Eagan, MN 55121 <br><br> **Defendants.** | Case 1:05CV01703(RCL) |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants Northwest Airlines Corp. and Northwest Airlines Inc. (collectively "Northwest") respectfully move for the entry of an order extending the time for all defendants to answer or otherwise respond to Plaintiffs' Complaint until October 14, 2005. As good cause for this motion, Northwest states:

1. Plaintiffs served Northwest with the Complaint on August 29, 2005. The other defendants were served on or about this same day. Absent an extension, Northwest would be required to answer or otherwise respond by September 15, 2005. The other defendants would be required to answer or otherwise respond on or about this same day.

2. The Complaint alleges antitrust claims under Sections 1 and 2 of the Sherman Act.

3. The parties have conferred and agree that extending the time for all defendants to respond to the Complaint through October 14, 2005 would be efficient and

appropriate. The requested extension would apply to all defendants. Plaintiffs and the other defendants do not oppose this motion.

DATED: September 9, 2005

___/s/ Brian Baker_____
James P. Denvir (D.C. Bar No. 284554)
Alfred P. Levitt (D.C. Bar No. 466723)
Brian C. Baker (D.C. Bar No. 484182)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

**Counsel for Defendants Northwest Airlines Corp. and Northwest Airlines Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2005 a true and correct copy of the foregoing **Unopposed Motion to Extend Time to Respond to Complaint** was filed electronically using the court's Electronic Filing system. The Parties below were copied on this filing via electronic mail and may also access this filing through the court's system.

                                                                                        /s/ Brian Baker
                                                   James P. Denvir (D.C. Bar No. 284554)
                                                   Alfred P. Levitt (D.C. Bar No. 466723)
                                                   Brian C. Baker (D.C. Bar No. 484182)
                                                   BOIES, SCHILLER & FLEXNER LLP
                                                   5301 Wisconsin Avenue, NW
                                                   Washington, DC  20015
                                                   Tel:  (202) 237-2727
                                                   Fax:  (202) 237-6131

| | |
|---|---|
| Roy A. Katriel, Esq. (rak@KatrielLaw.com)<br>**The Katriel Law Firm**<br>1101 30th Street, N.W., Suite 500<br>Washington, DC, 20007<br>**Counsel for Plaintiffs David Paschket, Todd Aldrich, Harriet McEntire, Amy Asherman, and Paddy Wood** | Frank M. Lowrey, IV. (lowrey@bmelaw.com)<br>**Bondurant, Mixson, & Elmore, LLP**<br>1201 West Peachtree Street, N.W., Suite 3900<br>Atlanta, GA 30309<br>**Counsel for Delta Airlines, Inc.** |
| Paul Yde, Esq. (paul.yde@freshfields.com)<br>**Freshfields, Bruckhaus, Deringer**<br>701 Pennsylvania Ave., N.W., Suite 600<br>Washington, DC 20408<br>**Counsel for Continental Airlines, Inc.** | |