UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PASCHKET, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWEST AIRLINES CORP., *et al.*, <br> 2700 Lone Oak Parkway <br> Eagan, MN  55121 <br><br> Defendants. | Case 1:05CV01703(RCL) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby ORDERED that Northwest's Unopposed Motion To Extend Time To Respond To Complaint is GRANTED. All defendants shall have until October 14, 2005 to answer or otherwise respond to the Complaint.

DATED: September ___, 2005

_____
Honorable Royce C. Lamberth
United States District Court