UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PASCHKET,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1703 (RCL) |
| | ) |
| **NORTHWEST AIRLINES CORP.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

Upon consideration of defendant's Unopposed Motion [3] to Extend Time to Respond to Complaint, it is hereby

ORDERED that defendant's Unopposed Motion [3] to Extend Time to Respond to Complaint is GRANTED, and it is further

ORDERED that all defendants shall have until October 14, 2005 to answer or otherwise respond to the complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 12, 2005.