**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID PASCHKET, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>NORTHWEST AIRLINES CORPORATION, )<br>)<br>DELTA AIR LINES, INC. )<br>P.O. Box 20706 )<br>Atlanta, Georgia 30320-6001 )<br>)<br>and )<br>)<br>CONTINENTAL AIRLINES, INC., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 01703<br>1:05-cv-01703-RCL |

## NOTICE OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on September 14, 2005, Delta Air Lines, Inc., and the affiliated companies listed below filed a Voluntary Petition for relief and the United States Bankruptcy Court for the Southern District of New York entered an Order for Relief under Chapter 11 of Title 11 of the United States Code in the following cases:

    Delta Air Lines, Inc., Case No. 05-17923-PCB
    ASA Holdings, Inc., Case No. 05-17946-PCB
    Comair Holdings, LLC, Case No. 05-17931-PCB
    Comair, Inc., Case No. 05-17924-PCB
    Comair Services, Inc., Case No. 05-17935-PCB
    Crown Rooms, Inc., Case No. 05-17922-PCB
    DAL Aircraft Trading, Inc., Case No. 05-17941-PCB
    DAL Global Services, LLC, Case No. 05-17928-PCB
    DAL Moscow, Inc., Case No. 05-17937-PCB
    Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
    Delta Benefits Management, Inc., Case No. 05-17945-PCB
    Delta Connection Academy, Inc., Case No. 05-17926-PCB
    Delta Corporate Identity, Inc., Case No. 05-17932-PCB

Delta Loyalty Management Services, LLC, Case No. 05-17939-PCB
Delta Technology, LLC, Case No. 05-17927-PCB
Delta Ventures III, LLC, Case No. 05-17936-PCB
Epsilon Trading, Inc., Case No. 05-17943-PCB
Kappa Capital Management, Inc., Case No. 05-17947-PCB
Song, LLC, Case No. 05-17921-PCB

PLEASE TAKE FURTHER NOTICE that the filing of the Voluntary Petition and entry of the Order for Relief creates an automatic stay that enjoins and restrains certain acts and proceedings against any of these debtors or their property as provided in 11 U.S.C. § 362, unless relief from the automatic stay is first granted by the United States Bankruptcy Court for the Southern District of New York. Prohibited acts include, without limitation, the commencement or continuation of any judicial proceeding against the debtor that was or could have been commenced before the filing of the petition, any attempt to enforce a judgment against the debtors or their property, any act to obtain possession of or exercise control over the property of the estate, or any act to create, perfect, or enforce any lien against the property of the estate. *See* 11 U.S.C. § 362 and Federal Rule of Bankruptcy Procedure 4001 for exceptions and procedures to follow in seeking relief from the automatic stay.

This 15th day of September, 2005,

Respectfully submitted:

Ronan P. Doherty
D.C. Bar No. 462491

**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone:   (404) 881-4100
Facsimile:   (404) 881-4111

**COUNSEL FOR DEFENDANT,
DELTA AIR LINES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that I have this 15th day of September, 2005 caused a copy of the foregoing **NOTICE OF AUTOMATIC STAY** to be served on the following counsel of record by first class U.S. mail at the following addresses:

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street NW
Suite 500
Washington DC 20007

James P. Denvir
Alfred P. Levitt
Paul Kunz
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

Paul L. Yde
FRESHFIELDS BRUCKHAUS DERINGER LLP
701 Pennsylvania Avenue, NW
Washington, DC 20004

_____
Ronan P. Doherty