UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PASCHKET, *et al.* | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case 1:05CV01703(RCL)<br>) |
| NORTHWEST AIRLINES CORP., *et al.*,<br>2700 Lone Oak Parkway<br>Eagan, MN 55121 | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF BANKRUPTCY

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED that on September 14, 2005, Defendants Northwest Airlines Corporation and Northwest Airlines, Inc. filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), captioned *In re Northwest Airlines Corporation, et al., Debtors*; jointly administered, Case No. 05-17930(ALG), pending in the United States Bankruptcy Court for the Southern District of New York.[1]

PLEASE BE FURTHER ADVISED that the above-captioned action has been automatically stayed. Pursuant to section 362 of the Bankruptcy Code, the filing of the bankruptcy petition automatically stays, "the commencement or continuation, including

---

[1] The following entities are debtors in these chapter 11 cases: Northwest Airlines Corporation, NWA Fuel Services Corporation, Northwest Airlines Holdings Corporation, NWA Inc., Northwest Aerospace Training Corp., Northwest Airlines, Inc., MLT Inc., Northwest Airlines Cargo, Inc., NWA Retail Sales Inc., Montana Enterprises, Inc., NW Red Baron LLC, Aircraft Foreign Sales, Inc., and NWA Worldclub, Inc.

the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]." 11 U.S.C. § 362(a)(1).

DATED: September 23, 2005

___/s/ Brian Baker_____
James P. Denvir (D.C. Bar No. 284554)
Alfred P. Levitt (D.C. Bar No. 466723)
Brian C. Baker (D.C. Bar No. 484182)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

**Counsel for Defendants Northwest Airlines Corp. and Northwest Airlines Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005 a true and accurate copy of the foregoing **Notice of Bankruptcy** was filed electronically using the court's Electronic Filing system. The Parties below were copied on this filing via electronic mail and may also access this filing through the court's system.

/s/ Brian Baker
James P. Denvir (D.C. Bar No. 284554)
Alfred P. Levitt (D.C. Bar No. 466723)
Brian C. Baker (D.C. Bar 484182)
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

Roy A. Katriel, Esq. (rak@KatrielLaw.com)
**The Katriel Law Firm**
1101 30th Street, N.W., Suite 500
Washington, DC 20007
**Counsel for Plaintiffs David Pachket, Todd Aldrich, Harriet McEntire, Amy Asherman, and Paddy Wood**

Paul Yde, Esq. (paul.yde@freshfields.com)
**Freshfields, Bruckhaus, Deringer**
701 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20408
**Counsel for Continental Airlines, Inc.**

Frank M. Lowrey, IV. (lowrey@bmelae.com)
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, GA 30309
**Counsel for Delta Airlines, Inc.**