UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| David Paschket, Todd Aldrich, Harriet McEntire, Amy Asherman, and Paddy Wood, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Northwest Airlines Corp., Northwest Airlines, Inc., Delta Air Lines, Inc., and Continental Airlines, Inc.<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:05CV1703-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE IN LIGHT OF BANKRUPTCY FILINGS OF DEFENDANTS NORTHWEST AIRLINES CORP., NORTHWEST AIRLINES, INC., AND DELTA AIR LINES, INC.

WHEREAS, on August 26, 2005, Plaintiffs filed the instant putative class action against Defendants Northwest Airlines Corp., Northwest Airlines, Inc., Delta Air Lines, Inc., and Continental Airlines, Inc.;

WHEREAS, on September 14, 2005, Defendants Northwest Airlines Corp., Northwest Airlines, Inc., and Delta Air Lines, Inc. filed voluntary petitions for bankruptcy in the United States District Court for the Southern District of New York;

WHEREAS, pursuant to the bankruptcy filings of Defendants Northwest Airlines Corp., Northwest Airlines, Inc. (collectively the "Northwest Defendants"), and Delta Air Lines, Inc., any litigation against these Defendants is subject to an automatic stay pending further proceedings before the bankruptcy court;

WHEREAS, the bankruptcy filings made by the Northwest Defendants and by Delta Air Lines, Inc., leave Continental Airlines, Inc. as the sole active Defendant in this action at the present time;

WHEREAS, the deadline for Defendant Continental Airlines, Inc. to file its response to Plaintiffs' complaint is October 14, 2005;

WHEREAS, counsel for Plaintiffs and counsel for Defendant Continental Airlines, Inc. have conferred;

Plaintiffs and Continental Airlines hereby stipulate and agree as follows:

1. Plaintiffs hereby provide notice of voluntarily dismissal and withdrawal of their class action complaint;

2. Such withdrawal and dismissal is and shall be without prejudice to Plaintiffs' right to refile this action, in whole or in part, against any or all of the named Defendants following further proceedings before the bankruptcy court, and nothing herein shall be construed to bar any of the named Plaintiffs from separately refiling this action, in whole or in part, against any defendants not subject to the jurisdiction of the bankruptcy court;

3. As to Plaintiffs' claims against Continental Airlines in this action, the statute of limitations is and shall be tolled from the date of the entry of this stipulation until the earlier of either the refiling of this action, in whole or in part, by any of the Plaintiffs against Continental Airlines or until such time as any stay applicable under the bankruptcy proceedings with respect to any Defendant currently in bankruptcy is lifted.

4. Each party shall bear its own fees and costs.

Dated: October 13, 2005

Respectfully submitted,

_____
Roy A. Katriel, Esq. (DC Bar No. 460840)
THE KATRIEL LAW FIRM
1101 30th Street, NW  Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile: (202) 625-6774

Counsel for Plaintiffs

_____
Paul Yde (DC Bar No. 449751)
Freshfields Bruckhaus Deringer LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-2692
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

Counsel for Defendant Continental Airlines, Inc.

IT IS SO ORDERED.

Dated: October ____, 2005

_____
Honorable Royce C. Lamberth
United States District Court