UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID PASCHKET**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1703 (RCL) |
| v. ) | |
| ) | |
| **NORTHWEST AIRLINES CORP.**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the Parties' Stipulation and Proposed Order Dismissing Complaint Without Prejudice [7] and the entire record herein, it is hereby

ORDERED that the Parties' Stipulation and Proposed Order Dismissing Complaint Without Prejudice [7] is APPROVED. It is further

ORDERED that Plaintiffs' Complaint shall be DISMISSED without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 14, 2005.